## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOPE NELSON** | * | **CIVIL ACTION NO 3:22-cv-00713** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MARKA TRANSPORT, INC.,** | * | **HONORABLE BRIAN A. JACKSON** |
| **AMERICAN INTERFIDELITY** | * | |
| **EXCHANGE, AND** | * | **MAGISTRATE RICHARD L.** |
| **ROGER A. GRAVES** | * | **BOURGEOIS, JR.** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUBSTITUE

NOW INTO COURT come defendants, American Inter-Fidelity Exchange, ("AIFE") and Marka Transport, Inc. ("Marka"), who respectfully requests this court to substitute its Notice of Removal.

1.

On October 6, 2022, defendants filed its Notice of Removal with the improper case caption. Defendants wish to substitute its Notice of Removal with Exhibit A.

**WHEREFORE,** Defendants, defendants, American Inter-Fidelity Exchange and Marka Transport, Inc., prays that the above numbered and entitled cause of action on the docket of the 19TH Judicial District Court, State of Louisiana, be removed from said court to the docket of the

1

United States District Court for the Middle District of Louisiana, and for all other general and equitable relief.

                                    Respectfully submitted,

                                    */s/ James R. Nieset, Jr.*_____
                                  **JAMES R. NIESET, JR. (24856)**
                                  **SARA A. LAROSA (37765)**
                                  Porteous, Hainkel & Johnson
                                  704 Carondelet Street
                                  New Orleans, LA 70130-3774
                                  Telephone: (504) 581-3838
                                  Email: jnieset@phjlaw.com
                                  **Counsel for Defendant American Inter-Fidelity Exchange**

## CERTIFICATE OF SERVICE

    **I DO HEREBY CERTIFY** that on October 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Hope Nelson**
Ryan J. Chenevert (34485)
Ralph L. Fletcher (16917)
660 Government Street
Baton Rouge, Louisiana 70802
Email: rfletcher@fletchertandroy.com
Tel. 225 888-800

                                  */s/ James R. Nieset, Jr.*_____
                                  JAMES R. NIESET, JR.
                                  SARA A. LAROSA